JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA ZEMAN, on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA dba USC UNIVERSITY HOSPITAL,<br><br>Defendant. | CASE NO.: CV 11-05755 DDP (MRWx)<br><br>JUDGE: Hon. Dean Pregerson<br><br>**JUDGMENT** |

This action came on for hearing before the Court, Honorable Dean D. Pregerson, District Judge presiding, on October 6, 2014, on the defendant's motion for summary judgment and the plaintiff's motion for summary judgment. The evidence having been fully considered, the issues having been duly heard and a decision having been duly rendered by the Court to grant the defendant's motion for summary judgment and to deny the plaintiff's motion for summary judgment as well as to deny plaintiff's request for leave to amend,

///

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed in its entirety with prejudice and that the defendant recover its costs.

Dated November 13, 2014

_____
Dean D. Pregerson
United States District Judge